UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO SOTO,<br><br>Defendant. | CASE NO.: 09CR1931-W<br><br>ORDER GRANTING UNOPPOSED MOTION TO TERMINATE REMAINING TERM OF SUPERVISED RELEASE |

**GOOD CAUSE HAVING BEEN SHOWED, IT IS HEREBY ORDERED** that the remaining term of supervised release for the Defendant in the above matter, Ricardo Soto, be terminated pursuant to 18 U.S.C. § 3583(e)(1).

**IT IS SO ORDERED**.

Dated: ___2/25/21___

**HONORABLE THOMAS J. WHELAN**
UNITED STATES DISTRICT JUDGE

09CR1931-W